# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

MHN

Plaintiff(s) JOHN ADKISSON

09 C 4660
Judge John W. Darrah
Magistrate Judge Geraldine Soat Brown

v. TOM DART
Defendant(s) c/o TEDESCO
ToD S190000

**FILED**

JUL 3 1 2009
7-31-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, JOHN ADKISSON declare that I am the (check appropriate box): ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check the appropriate box):

☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

☒ I have attached an original Application to Proceed In Forma Pauperis in this proceeding detailing my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

ADKISSON
Movant's Signature

P.O. Box 089002
Street Address

Chicago IL, 60608
City/State/Zip

Date:

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| ☐ If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| ☐ If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| ☐ If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| ☐ If case is still pending, please check box. | |