MHN

**RECEIVED**
7-31-2009
JUL 31 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JOHN ADKISSON

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/O TEDESCO
TOM DART (C-COUNTY SHERIFF)
TOD STROGER (BOARD PRESIDENT)

EP **FILED**

**AUGUST 11, 2009**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

09 C 4660
Judge John W. Darrah
Magistrate Judge Geraldine Soat Brown

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

**CHECK ONE ONLY:**

✗          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: JOHN ADKISSON

   B. List all aliases: Mis Hellvra

   C. Prisoner identification number: 20090015666

   D. Place of present confinement: Cook-County Jail

   E. Address: P.O. Box 089002 Chicago IL, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Te Desco
      Title: Correctional Officer
      Place of Employment: Cook-County Jail

   B. Defendant: Tom Dart
      Title: Cook-County Sheriff
      Place of Employment: C-C Dept of Corrections

   C. Defendant: Tod St Pioneer
      Title: Board President
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

which is Disclimation a Hate crime is In affect c/o Tedesco clearly misused His position of authority to commit unwanted assault c/o Tedesco and another c/o led me to another elevator Then the other Inmate that was also coming to P.C as well I was led to a elevator that was called Back elevator The rear of the south tower where P.C is located on the 3rd floor I was suppose to Be taken to my Teir 3-E south But I was taken on the Back elevator to Be Beaten By c/o Tedesco while the other c/o watched I was Hit in The Head and Face By c/o Tedesco after the Beaten He then Led me to my Teir Then Informed c/o Jordan who worked 3-E $ co-worker what He DiD to me THis is The 2nD Time This Happen to me

5

Revised 9/2007

VI. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like not only Disiplinary action taken to fullest extent of official misconduct I also would like to Be compensated for mental & emotional pain & suffering By The cook County Board The Sheriffs office The Director of The Jail

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5 day of / 6 , 20 09

_____
(Signature of plaintiff or plaintiffs)

John Adkisson
(Print name)

200900156666
(I.D. Number)

P.O. Box 089002
Chicago IL,
60608
(Address)

8

Part-A / Control #: REQUEST  
Referred To: Supt Div 9  
☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____ Div.: ____ Living Unit: ____ Date: 5/26/09

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: V. Butler           DATE C.R.W. RECEIVED: 5/26/09

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: REQUEST X
Referred To: Supt Div 9
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____ Div.: ____ Living Unit: ____ Date: 5/16/09

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: V. Butler          DATE C.R.W. RECEIVED: 5/26/09

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____ Div.: _____ Living Unit: _____ Date: __/__/__

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING: _____

_____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: ADKISSON First Name: John

ID #: _____ Div.: 9 Living Unit: ___ Date: 6/11/09

BRIEF SUMMARY OF THE COMPLAINT: This is concerning my life I have been threatened [illegible handwriting] that [illegible] Division [illegible] C/O Kelly C/O [illegible] C/O [illegible] they [illegible] my cell [illegible]

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: [illegible handwriting]

ACTION THAT YOU ARE REQUESTING: This is the 3rd time [illegible] would like to be transferred from Division [illegible]

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: W. Butler DATE C.R.W. RECEIVED: 6/19/09

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: ADKISSON First Name: John

ID #: _____ Div.: 9 Living Unit: ___ Date: 6/1/09

BRIEF SUMMARY OF THE COMPLAINT: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_____

ACTION THAT YOU ARE REQUESTING:
_____
out of Div 9 _____

**DETAINEE SIGNATURE:** _____

C.R.W.'S SIGNATURE: V Buffa   DATE C.R.W. RECEIVED: 6/9/09

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)