FILED
Sep 8 2009
SEP  8 2009
MD
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

8-28-09

Dear _____
Judge
JOHN W. DARRAH, $
Magistrate Judge.
Geraldine Brown.        09 C 4660

        with all Due Respect
I am sorry for the miss under-
standing in Both of my cases
when the Question was asked

I thought it meant Before in North-
ern court I Did Both cases
of the Same time and sent them
the Same Day Both cases is
on the Same matter Deliberate
Indifference on case 09-C-4660
c/o Tedesco I also want to ad
Him awareness to other c/o's of His
action that Day 4-20-09 c/o Jordan
3-11 Shift who work the tear I
was Placed on 3-E-South Protective
Custody and co worker c/o Rigg 3-F-south

I also want to aware the
court and you Judge That

L.T Martinez   L.T Hussey, Sargent
Cahveal Sargent Young   was
all aware of The C/o's conDuct
and In case 09-C-4558

C/o BoonHeart I Have a witness
His name is DaviD Manning

on 3-10-09 Awaiting Bond court
This Day His court # 52 Mine

on this Day was #44 and I
DiD ask For a Appointed

Lawyer Do to Being Homeless &
Broke. I'm SenDing the Forms
In with this.

Thank You
ADRISSON

8-28-09

INMATE
ADKISSON
X-50585

I would Like to
ADDRess TO The Court
AND to The JuDge That
my Legal matter is NOt
Being ConSiDeReD ConFiDentaL
Here. I Have Recieved 2
Letters From The District court
open Befor it got to me AND
1 Letter From united State
marsHals oFFice That was
open From The Bottom Befor it got
TO me     "ADKisson"

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

09 C 4660
Judge John W. Darrah
Magistrate Judge Geraldine Soat Brown

Plaintiff(s) JOHN ADKISSON

v. TOM DAGT
c/o TEDESCO )
)
Defendant(s) TOD SIQOQEQ )

**RECEIVED**

JUL 3 1 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION FOR APPOINTMENT OF COUNSEL

1.  I, JOHN ADKISSON declare that I am the (check appropriate box): ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3.  In further support of my motion, I declare that (check the appropriate box):

    ☒  I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    ☐  I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    ☒  I have attached an original Application to Proceed In Forma Pauperis in this proceeding detailing my financial status.

    ☐  I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

    ☐  I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

J. KISSON
Movant's Signature

P.O. Box 089002
Street Address

CHICAGO IL, 60608
City/State/Zip

Date:

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| ☐  If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| ☐  If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| ☐  If case is still pending, please check box. | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | N/A |
| Appointed Attorney's Name | |
| ☐  If case is still pending, please check box. | |

09 C 4660
Judge John W. Darrah
Magistrate Judge Geraldine Soat Brown

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date:  4 - 17 - 09

ADKISSON J
(Signature of Applicant)

ADKISSON JOHN
(Print Name)

---

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

**RECEIVED**

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

JUL 3 1 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I certify that the applicant named herein, Adkinsson, John I.D.# 2009001 5666, has the sum of $ .28 on account to his/her credit at (name of institution) C&K County Dept of Corrections. I further certify that the applicant has the following securities to his/her credit: -0- . I further certify that during the past six months the applicant's average monthly deposit was $ -0- . (Add all deposits from all sources and then divide by number of months).

6-11-09 :

V. Butler
Signature of Authorized Officer

V. Butler
(Print Name)

Date