# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 4660 | DATE | 9-17-09 |
| CASE TITLE | John Adkisson (#K-50585) vs. C/O Tedesco, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's letter [#7] is stricken. The court does not understand what the plaintiff is seeking. In any event, *ex parte* letters to the judge are not permitted. Any requests for court action must be made by way of motion and must be filed with the Prisoner Correspondent in care of the Clerk of Court. The plaintiff is additionally reminded that he must (1) provide the court with the original plus a judge's copy of every document filed; and (2) include a certificate of service with every court filing showing that a copy was mailed to the defendants (or to defense counsel, once an attorney has entered an appearance on the defendants' behalf).

**Docketing to mail notices.**

mjm