**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN ADKISSON, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 4660 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John W. Darrah |
| C/O TEDESCO, | ) | |
| TOM DART (COUNTY SHERIFF) | ) | |
| TOD STROGER (BOARD PRESIDENT), | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

NOW COMES DEFENDANT, Cook County Correctional Officer Tedesco, through his attorney ANITA ALVAREZ, State's Attorney of Cook County, through her assistant, Assistant State's Attorney PATRICK SMITH, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That Correctional Officer Tedesco was served with Plaintiff's pro-se complaint. Plaintiff is currently a prisoner at the Western Illinois Correctional Center.

2. That Defendant in this matter is represented by the Office of the Cook County State's Attorney.

3. That certain documents have been requested and will not be received for at least 21 days. Said documents are necessary to prepare a proper answer or other pleading to plaintiff's Complaint.

4. That undersigned counsel respectfully requests 45 days to prepare an appropriate answer or other pleading on behalf of said defendant.

**WHEREFORE YOUR DEFENDANTS PRAYS:**

1. That this Honorable Court grant an enlargement of time, at least 45 days, or until January 29, 2010 for the defendant to answer or otherwise plead;

2. That this Honorable Court grants any other relief it deems just.

        Respectfully Submitted,

        ANITA ALVAREZ
        State's Attorney of Cook County

By: /s/ Patrick S. Smith
     Patrick S. Smith
     Deputy Supervisor
     Torts/Civil Rights Litigation Section
     500 Richard J. Daley Center
     Chicago, Il 60602
     (312) 603-2388