**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN ADKISSON, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 4660 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John W. Darrah |
| C/O TEDESCO, | ) | |
| TOM DART (COUNTY SHERIFF) | ) | |
| TOD STROGER (BOARD PRESIDENT), | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: John Adkission, # K-50585
     Western Illinois Correctional Center
     2500 Route 99 South
     Mt. Sterling, IL 62353

     **PLEASE TAKE NOTICE** that on the December 22, 2009 at 9:00 a.m., I shall appear before the Honorable John W. Darrah in the courtroom usually occupied by him in Room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion for Extension of Time to Answer or Otherwise Plead.

     Respectfully submitted,

     ANITA ALVAREZ
     State's Attorney of Cook County

By: /s/ Patrick S. Smith
     Patrick S. Smith
     Assistant State's Attorney
     Civil Actions Bureau
     500 Richard J. Daley Center
     Chicago, Illinois 60602
     (312) 603-2388

CERTIFICATE OF SERVICE

I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on December 16, 2009 at or before 5:00 p.m. by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

/s/ Patrick S. Smith
Patrick S. Smith