# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

O9CU 4660

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ADKISSON JOHN | 09C 4553 & 09C 4660 |
| DEFENDANT | TYPE OF PROCESS |
| C/O Tedesco & C/O Boanheart | Hate crime Assualt |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Cook-County Jail c/o Boanheart c/o Tedesco

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

(2600 California) P.O. Box 089002 Chicago IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John Adkisson MT Sterling IL
2500 South Route 99 62353

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

c/o Boanheart worked Rec #5 on Bridge awaiting Book-Court process c/o Tedesco work Div #9 in Cook-County Jail

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk RHW | Date 11/5/09 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Ronna Fernandez lock

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

FILED
DEC 30 2009
MICHAEL W. DOBBINS

| Date of Service | Time |
| 12-21-09 | 1:00 pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

**REMARKS:**

1 Endr 1 Dvsm - 1 hour
No record of c/o Boanheart

---

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

10-27-09

THis is Inmate
ADKissoN JoHN
K-50585
2500 Route 99 South
MT. Sterling IL, 62353

My MAIL is Being opeN FRoM THis DePaRtment

My uNDeRstaNDing is INcompLet in who your Looking FoR. Now I got THis FoRm FoR c/o TeDesco DivisioN #9 AND THis FoRm came Back FoR c/o BoaNHeaRt who woRked in Rec #Div 5 oN The BRidge while we AwAit BoNe couRt c/o TeDesco's FoRm Did Not come back Like This oNe So Im to THink its c/o BoaNHeaRt Now who is c/o wilsoN c/o BuFFoRD Both c/o's BoaNHeaRt & c/o TeDesco 2700 S. CaLifoRnia Ave ChicAgo IL 60608

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

ALIAS SUMMONS IN A CIVIL ACTION

Adkisson

vs.

Boanheart et al

**CASE NUMBER:** 09-cv-04558
**JUDGE:** John W. Darrah

**TO:** Boanheart

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff:

| | |
|---|---|
| Name | John Adkisson |
| Address | K-50585 |
| | Western - WST |
| | 2500 Route 99 South |
| City: | Mt. Sterling, IL 62353 |

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

By: *Alexander A. Castaneda*
Alexander A. Castaneda
Deputy Clerk

Dated: October 21, 2009

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____  _____<br>Date  Signature of Server<br><br>_____<br>Address of Server |

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MHN

**RECEIVED**
7-28-2009
JUL 28 2009

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADKISSON JOHN
DAVID Manning #52 (witness)

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**FILED**
AUGUST 19, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

09 C 4558
Judge John W. Darrah
Magistrate Geraldine Soat Brown

vs.

c/o Boon Heart 11-7shift
Tom Dart C-County Sheriff
Tod Stroger C-C Board
President

(To be supplied by the Clerk of this Court)

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: JOHN ADKISSON

    B. List all aliases: Wiis Helluva

    C. Prisoner identification number: 20090015666

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Boon Henot

    Title: Correctional Officer

    Place of Employment: Cook County Jail

    B. Defendant: Cook County Dept of Corrections / Tom Dart

    Title: Cook County Sheriff

    Place of Employment: 

    C. Defendant: Todd Stroger

    Title: Cook County Board President

    Place of Employment: 

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

3-10-09 I came to Cook County Jail for Bonk Court as I await for Court I was placed in a Bull-pin with others who await for court. Me being a Deal Transexual this is a Hard Task as it is, well another Inmate said some Hateful things based on my life style. And I responded back. Before I knew it c/o Boan Heart was Attaking me but going!! my understanding was Incomplet in why. to Later find but that his act was Based on Discrimanation gay Bashing a Hate came Jeperdiz- ing my well Being exciting a Riot and not professional

4

Revised 9/2007

There was a young man who watch this (brital) attack and said He would Be a witness to This. His name was David Manning His court # ⊥⊢ B mke court was # 52 mine was # 42 look we as Homasexual & Transexuals come in these Facility/s alone we Didn't come in (Drugged) if we Don't Have the Respect and The Support From these Facilit/s Then we are left with Nothing Where Do I turn When I Have No-one Nor Any where to Turn Now I Have Been Place in (Protected) Custody afraid of c/o's conduct c/o's Boswitzraqt Respose was He gave The System to long nothing can Happen to Him. All THis Took place on The Bridge of cook county court House end of 11-7 shift going into 7am-3

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

In Fighting for His Job and to be paid for a settlement from Cook County and c/o Boan/Hart

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of __17__, 20_09_

_____
(Signature of plaintiff or plaintiffs) John Adkisson

__John Adkisson__
(Print name)

__20096015666__
(I.D. Number)

P.O. Box 089002
Chicago IL, 60608
(Address)

IV. On 3/10/09, I awaited to see judge for a bond. I was placed in a holding cell with other individuals who were also awaiting bond hearings. During my wait to see bond judge some detainee said some very discriminatory remarks because I am a open transexual. Being an open transexual is a challenged lifestyle as is. While being verbally assaulted by the detainee, Correctional Officer Boanheart (sp) was also saying hateful, discriminatory, inflamatory things regarding my sexual preference. It wasn't just a comment here & there. It was an ongoing tirade against me. I did not provoke or give any reason what-so-ever for the officer to attack me in such a way. He was clearly "gay bashing" which is of course a hate crime. The officer intentionally & knowingly endangered my personal safety by not behaving in a proffessional manner which incited a riot in the holding cell. I do have a witness by the name of David Manning who was in the holding cell with me. In brief, He witnessed the entire incident. I am afraid of the correctional officers mis-conduct & have placed myself in protective custody. Correctional Officer Boanheart (sp) even indicated that he has been working here too long & that nothing can happen to him if I were to pursue this.

V. I would like not only disiplinary action taken

some very discriminatory remarks because I am a open transexual. Being an open transexual is a challenged lifestyle as is. While being verbally assaulted by the detainee, Correctional Officer Boanheart (sp) was also saying hateful, discriminatory, inflamintory things regarding my sexual preference. It wasn't just a comment here & there. It was an ongoing tirade against me. I did not provoke or give any reason what-so-ever for the officer to attack me in such a way. He was clearly "gay bashing" which is of course a hate crime. The officer intentionally & knowingly endangered my personal safety, by not behaving in a proffesional manner which incited a riot in the holding cell. I do have a witness by the name of David Manning who was in the holding cell with me. In brief, He witnessed the entire incident. I am afraid of the correctional officers mis-conduct & have placed myself in protective custody. Correctional Officer Boanheart (sp) even indicated that he has been working here too long & that nothing can happen to him if I were to pursue this.

I would like not only disiplinary action taken against Officer Boanheart to the fullest extent of breaking such rules & what official Misconduct would carry, I'd also would like to be compensated for mental & emotional pain, suffering, distress, caused by his behavior, by the Cook County Board, The Sheriffs Office & the Director of the Jail.

Part-A / Control #: _____
Referred To: Supt. [illegible]
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _[illegible]_  First Name: _[illegible]_

ID #: _[illegible]_  Div.: _[illegible]_  Living Unit: ____  Date: _[illegible]_

BRIEF SUMMARY OF THE COMPLAINT: _[handwritten content illegible]_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: _[illegible]_

ACTION THAT YOU ARE REQUESTING: _[illegible]_

DETAINEE SIGNATURE: _[illegible]_

C.R.W.'S SIGNATURE: _[illegible]_  DATE C.R.W. RECEIVED: 4/24/09

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _____ First Name: _____

ID #: _____-_____ Div.: _____ Living Unit: _____ Date: ___/___/___

BRIEF SUMMARY OF THE COMPLAINT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: _____

_____

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _____

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)