**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN ADKISSON, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 4660 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John W. Darrah |
| C/O TEDESCO, | ) | |
| TOM DART (COUNTY SHERIFF) | ) | |
| TOD STROGER (BOARD PRESIDENT), | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT TEDESCO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**NOW COMES** Defendant, Officer John Tedesco, by and through his attorney, Anita Alvarez, State's Attorney of Cook County, through her Assistant State's Attorney, Patrick S. Smith, and pursuant to Fed. R. Civ. P. 12(b)(6) moves this Honorable Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

A Memorandum of Law in support of this Motion to Dismiss is hereto attached.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

/s/ Patrick S. Smith
Patrick S. Smith
Deputy Supervisor
Conflicts Counsel Unit
69 W. Washington, 20th floor
Chicago, Il 60602
(312) 603-1422