UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN ADKISSON )
   Plaintiff )  09C4660
VS. )
C/O: TEDESCO, ) Honorable Judge
TOM DART (COUNTY SHERIFF) ) JOHN W. DURRAH
TOD STROGER (BOARD PRESIDENT) )
   Defendants )
 )

FILED
FEB 8 2010
Feb 8, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR EXTENSION OF TIME

NOW COMES Plaintiff, John Adkisson, Pro'se, and moves this Honorable Court FOR AN EXTENSION OF TIME to file an answer to the Defendant's Motion to Dismiss Plaintiff's complaint.

In support of Plaintiff's MOTION FOR EXTENSION OF TIME, Plaintiff states as follows:

1. Plaintiff is presently confined at Western Illinois Correctional Center in segregation which has no Satellite Law Library.

2. Plaintiff has to wait for the Law Librarian to come to the segregation unit, after he submits a request too see her, then he has to wait for the Law Librarian to pull and copy the legal cases to study and answer Defendants Motion to Dismiss.

3. Plaintiff is in need of various legal cases in order to properly respond to Defendants Motion to Dismiss.

4. The Plaintiff received Defendants Motion to Dismiss Plaintiff's complaint on February 2, 2010 and was made aware that the Defendants attorney, Anita Alvarez, through her assistant State's attorney, Patrick S. Smith is to appear before Your Honor on February 9, 2010 to present the Defendant's Motion to Dismiss which does not provide Plaintiff with sufficient time to properly respond to Defendant's motion to Dismiss.

Therefore, for the above reasons Plaintiff prays that this Honorable Judge will grant Plaintiff a 30 (Thirty) days Extension of Time to answer Defendants Motion to Dismiss Plaintiff's complaint.

Respectfully submitted
/s/ Adkisson   Adkisson  K-60585
2500 Route 99 South
Mt. Sterling IL, 62353

2-2-10

CERTIFICATE OF SERVICE

I, John Adkisson, Pro Se, hereby certify that the attached was served upon the above-named Honorable Judge on February 2, 2010 by depositing 2 copies in the United States mail at Western Illinois Correctional Center, 2500 Route 99 South, MT. Sterling, Illinois 62353 in an envelope having proper postage.

/s/ Adkisson John
K-50585

2-2-10