# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | *Darrah* |
|---|---|---|---|
| CASE NUMBER | 09 C 4660 | DATE | 3-4-2010 |
| CASE TITLE | John Adkisson (#K-50585) vs. C/O Tedesco, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for an extension of time [#21] is granted. The plaintiff is granted an enlargement of time until March 16, 2010, to respond to the defendants' motion to dismiss [#17]. Any reply brief is due by March 30, 2010. The status/ruling date of April 15, 2010, at 9:00 a.m. is hereby vacated. The court will rule on the motion by mail.

**Docketing to mail notices.**

mjm