# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | John L. Darrah |
|---|---|---|---|
| CASE NUMBER | 09 C 4660 | DATE | 4-27-10 |
| CASE TITLE | John Adkisson (#K-50585) vs. C/O Tedesco, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of March 31, 2010, the court ordered the plaintiff to show good cause in writing why this case should not be dismissed for want of prosecution. The plaintiff was forewarned that failure to respond within fourteen days would result in summary dismissal of this action, on the understanding that the plaintiff no longer wishes to pursue his claims. Nevertheless, over fourteen days have elapsed, and the plaintiff has failed to respond to the court's order. Accordingly, the case is terminated pursuant to Fed. R. Civ. P. 41(b). The defendant's motion to dismiss the complaint for failure to state a claim [#17] is denied as moot.

**Docketing to mail notices.**

mjm