Case 1:09-cv-04660 Document 27 Filed 06/10/10 Page 1 of 4

MHN

FILED
6-10-2010
JUN 10 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RETURNED
MAY 25 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Judge Darrah,

Case Number # 09C4660
Adkisson vs. c/o Tedesco

First and foremost my goal here is not to seek sympathy, just compassion and understanding that my record may be fact that it seems to you that I am lacking in a important area in my life which is this case and I am sorry. But it seems to me that this system behind these walls don't want to let me go. They violated me not even a week me going home which gave me no chance to let the court know. I was sent to stateville facility which went on a

A Lock Down As soon As we got there C/O's Lt. got hit so there was no phones no movements nothing

As I have asked the courts to apoint me a atorney Because I know nothing about the law Just my rights so I'm Being The courts for help in this area pro-Bond Lawyer.

Judge DARRAH please Because I need to win this case Being victomized is something I can't live with

I'm asking Jon Zimbinsky to Represent me in this case

Inmate Adkisson K-50585

Q/S

I Jest got Here in Dixon with NO money

I Jest got A white-out to write to you

Now on June # 8-2/0 I should See The Board in Hopes to go Home This was Just A missunder-Standing I got arrested on 5-20-10 I came Home on 5-5-10

So I'm in A struger Right Now So I'm Asking For mercy From The court pleas sir

ADRISSON
K-50585

C/S I am set to see the (Board) on 6-8-10 + maybe release to 9cy/1 W. Lawrence Chicago IL 60640 773-728-7221 if not I'll be here in Dixon until my parole is over so I'll let all parties know what happens after the 8th until then I'm here until I get things together I am asking for more time and counsel I've asked DW Zimmerman to represent me if she may I don't know yet