## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 4660 | DATE | 6-29-10 |
| CASE TITLE | John Adkisson (#K-50585) vs. C/O Tedesco, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to reopen the case. On the Court's own motion, Jon Zimring / Duane Morris, LLP / 190 South LaSalle Street, Suite 3700 / Chicago, Illinois 60603 / (312) 499-6700 is appointed to represent the plaintiff. The deadline for responding to the defendant's motion to dismiss [#17] is extended to July 19, 2010. Any reply brief is due by August 9, 2010.

■ [For further details see text below.]    Docketing to mail notices.

### STATEMENT

The plaintiff, currently a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendant, a correctional officer at the Cook County Jail, violated the plaintiff's constitutional rights by using unjustified force against him.

By Minute Order of April 27, 2010, the court dismissed the case for want of prosecution in light of the plaintiff's failure to respond either to the defendants' motion to dismiss or the court's order to show cause. The plaintiff has now filed a letter explaining that he was released from prison and then re-arrested for a parole violation during the time period in question. The plaintiff further maintains that he was on "lockdown" and in transit, and therefore did not receive any missives from the court or defendants.

Plaintiff's counsel in *Adkisson v. Boanheart*, Case No. 09 C 4558 (N.D. Ill.), has graciously agreed to represent the plaintiff in this matter as well. Accordingly, on the court's own motion, Jon Zimring / Duane Morris, LLP / 190 South LaSalle Street, Suite 3700 / Chicago, Illinois 60603 / (312) 499-6700 is appointed to represent the plaintiff in this case. The court wishes to express its gratitude to Mr. Zimring for taking on this additional responsibility.

The plaintiff is reminded that he remains under a continuing obligation to keep the court and all counsel apprised of his whereabouts. If the court or counsel loses contact with the plaintiff again, his case(s) will be dismissed for want of prosecution.

mjm