# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

John Adkisson
                     Plaintiff,

v.                                         Case No.: 1:09−cv−04660
                                                 Honorable John W. Darrah

C/O Tedesco, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 19, 2010:

    MINUTE entry before Honorable John W. Darrah: Ruling on motion hearing held. Plaintiff's motion for leave to file a first amended complaint [35] is granted. Amended complaint to be filed by 8/23/10. Response by 9/22/10. Status hearing set for 10/5/10 at 9:30 a.m. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.