**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN ADKISSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 C 4660 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | John W. Darrah |
| SHERIFF TOM DART, solely as SHERIFF | ) | |
| OF COOK COUNTY, c/o JOHN TEDESCO, | ) | |
| In his individual and official capacity as an | ) | |
| OFFICER OF COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF FILING</u>

TO:    David Curkovic
        Duane Morris, LLP
        190 S. LaSalle Street
        Suite 3700
        Chicago, Illinois 60603

PLEASE TAKE NOTICE that on October 22, 2010 I caused to be filed with the Clerk of the Federal Court for the Honorable John W. Darrah, in Courtroom 1203 of the United States District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois the attached *Defendants' Motion to Dismiss Plaintiff's Amended Complaint* a copy of which is attached hereto and served upon you.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ Patrick S. Smith
        Patrick S. Smith
        Deputy Supervisor
        69 W. Washington, Suite 2030
        Chicago, IL  60602
        (312)  603-1422

## CERTIFICATE OF SERVICE

I, Patrick S. Smith, certify that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney pursuant to CM/ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on October 22, 2010.

\s\ Patrick S. Smith