**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

John Adkisson
                        Plaintiff,

v.                                               Case No.: 1:09−cv−04660
                                              Honorable John W. Darrah

John Tedesco, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 28, 2010:

      MINUTE entry before Honorable John W. Darrah: Status hearing held. Defendants' motion to dismiss [42] is entered and briefed as follows: response by 12/2/10, reply by 12/16/10. Status hearing set for 1/20/11 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.